**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 540 EAL 2017

               Respondent                  :

                                          :     Petition for Allowance of Appeal from

                                          :     the Order of the Superior Court

                v.                      :

                                          :

KHALIL G. WALKER SHABAZZ,            :

                                          :

                 Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of April, 2018, the Petition for Allowance of Appeal is

**DENIED**.